# EXHIBIT 2

EFiled: Feb 20 2025 05:11PM EST
Transaction ID 75682747
Case No. 2025-0190-

## IN THE COURT OF THE CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| ADMA BIOLOGICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEINCO TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. _____ |

## **PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff ADMA Biologics, Inc., by and through their counsel, respectfully move this Court for the entry of a temporary restraining order against Defendant Leinco Technologies, Inc. ("Leinco"), pursuant to Court of Chancery Rule 65(b), restraining and enjoining Defendant Leinco from continuing to offer for sale the purified recombinant postfusion RSV F protein and purified recombinant perfusion RSV F (Ds-Cav1) protein. The grounds for this Motion are set forth in Plaintiff's Opening Brief filed contemporaneously herewith.

| | |
|---|---|
| Dated: February 20, 2025 | MORGAN, LEWIS & BOCKIUS LLP |
| | |
| | */s/ Jody C. Barillare* |
| Harvey Bartle* | Jody C. Barillare (#5107) |
| 1701 Market Street | 1201 N. Market St., Suite 2201 |
| Philadelphia, PA  19103 | Wilmington, DE 19801 |
| harvey.bartle@morganlewis.com | (302) 574-3000 |
| | jody.barillare@morganlewis.com |
| Matthew E. Cooper* | |
| 101 Park Avenue | *Attorneys for Plaintiffs* |
| New York, NY 10178 | |
| matthew.cooper@morganlewis.com | WORDS:  75/500 |

2

EFiled: Feb 20 2025 05:11PM EST
Transaction ID 75682747
Case No. 2025-0190-

# IN THE COURT OF THE CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| ADMA BIOLOGICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEINCO TECHNOLOGIES, INC., <br><br> Defendant. | C.A. No. _____ |

## [PROPOSED] ORDER GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff ADMA Biologics, Inc., having filed a Motion for a Temporary Restraining Order (the "Motion"), and the Court having found good cause therefor;

IT IS HEREBY ORDERED, this _____ day of _____, 2025 that:

1. The Motion is GRANTED;

2. LEINCO TECHNOLOGIES, INC. is restrained and enjoined from continuing to offer for sale the purified recombinant postfusion RSV F protein and purified recombinant perfusion RSV F (Ds-Cav1) protein.

3. The bond requirement of Court of Chancery Rule 65(c) is hereby waived.

4. This Order shall remain in full force and effect until such time as this Court specifically orders otherwise.

1

2

_____
[Vice] Chancellor